IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANTHONY TURNER, )<br>    Plaintiff, ) | Civil Action No. 7:05-cv-00714 |
| v. ) | **DISMISSAL ORDER** |
| KENNETH L. OSBORNE, et al., )<br>    Defendant(s). ) | By: Hon. James C. Turk<br>Senior United States District Judge |

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
DEC 0 7 2005
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's request to store records at this court is hereby **DENIED**; the civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A, for failure to state a claim upon which relief may be granted; and the action is stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 7th day of December, 2005.

/s/ James C. Turk
Senior United States District Judge